IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00015-WYD-BNB

RUBEN ALLEN,

Plaintiff,

v.

JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Re-Schedule Scheduling Conference** [docket no. 14, filed April 23, 2009] (the "Motion").

IT IS ORDERED that the Scheduling Conference set for April 30, 2009, is **vacated and reset to June 9, 2009, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **June 2, 2009**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.  **NO FURTHER EXTENSIONS WILL BE ALLOWED.**


DATED:  April 24, 2009